**CARSON P. BAUCHER**
California State Bar No. 298884
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **United States of America**, Plaintiff, v. **Xita Xiomara Leon-Gonzalez,** Defendant. | CASE NO.: 23-cr-2308-LL<br>Hon. Linda Lopez<br>Date: December 4, 2023<br>Time: 2:00 p.m.<br><br>**Joint Motion to Continue Motion Hearing / Trial Setting** |

The parties jointly request that the motion hearing/trial setting currently scheduled for December 4, 2023 at 2:00 p.m. be rescheduled to **January 16, 2024 at 2:00 p.m.** Counsel for the government continues to produce discovery pursuant to her discovery obligations and defense counsel's requests. Counsel need additional time to allow for the production of discovery and continued discussions about a potential resolution short of trial.

## STATEMENT OF FACTS

In this matter, Ms. Leon-Gonzalez is charged in an information with one count of bringing in an undocumented individual without authorization in violation of 8 U.S.C. § 1324(a)(2)(B)(iii). Ms. Leon-Gonzalez has entered a plea of not-guilty. She is currently on bond.

To date, 130 pages of written discovery as well as a recording of Ms. Leon-Gonzalez's and material witness Alberto Sanchez-Herrada's post-arrest statements have been produced. Discovery motions are pending in this case.

## MOTION TO CONTINUE

The Speedy Trial Act requires a trial to begin within 70 days of indictment or initial appearance, whichever occurs later, 18 U.S.C. § 3161(c)(1), and entitles the defendant to dismissal of the charges (with or without prejudice) if that deadline is not met, § 3162(a)(2).

Certain periods of time, however, are excluded from this 70-day clock. *Id.* § 3161(h). Some periods of time are automatically excluded, including periods of delay resulting from the absence or unavailability of the defendant or an essential witness, § 3161(h)(3)(A), and other periods of time are excluded only when a judge continues a trial and finds, on the record, that "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." *Id.* § 3161(h)(7)(A).

First, the parties have exercised due diligence in this matter. The parties have met and conferred regarding discovery, which is ongoing, and have engaged in negotiations towards a resolution. For the reasons above, failure to grant the requested continuance would deny counsel the reasonable time necessary for effective preparation and result in a miscarriage of justice. The parties agree to and join in the request for this continuance.

Additionally, there are pending pretrial motions on file in this case that require a hearing before the Court. Accordingly, the Court should also continue the pending pretrial motions to the new hearing date and find valid excludable time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(D), from the date of the filing of the first pending pretrial motion (ECF No. 29) to the date of the new motion hearing/trial setting date. *See United States v. Tinklenberg*, 563 U.S. 647, 650 (2011) (holding that time resulting from the filing of a pretrial motion falls within the Speedy Trial Act's exclusion irrespective of whether it actually causes, or is expected to cause delay in starting a trial).

The parties therefore jointly move for a continuance and to exclude time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(D) and 3161(h)(7)(A). The parties agree the period of delay excluded spans from the filing of this joint motion until the date of the new hearing.

Respectfully submitted,

Dated:  November 29, 2023          *s/ Carson P. Baucher*
                                   Federal Defenders of San Diego, Inc.
                                   Attorneys for Defendant

Dated:  November 29, 2023          *s/ Syeda Sarah Akhtar*
                                   Assistant United States Attorney

3
JOINT MOTION TO CONTINUE MOTION HEARING / TRIAL SETTING

**CERTIFICATE OF AUTHORIZATION TO SIGN ELECTRONIC SIGNATURE**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Plaintiff and that I have obtained authorization from AUSA Syeda Sarah Akhtar to affix her electronic signature to this document.

*s/ Carson P. Baucher*
Carson P. Baucher
Federal Defenders of San Diego, Inc.
Email: Carson_Baucher@fd.org